CDJ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ULYESSES B. ADAMS : CIVIL ACTION
: FILED
v. :
: SEP 23 2013
PENNSYLVANIA SUPREME COURT, et al. : NO. 13-5457
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk
ORDER

AND NOW, this 23rd day of September, 2013, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. For the reasons stated in the Court's memorandum, plaintiff's complaint is DISMISSED for lack of jurisdiction and as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.

ENTERED
SEP 24 2013
CLERK OF COURT

9/24/13 mail.
Adams